THE HONORABLE KAREN STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY MOSER, a single man, and MATTHEW MOSER, a single man,<br><br>    Plaintiffs,<br><br>vs.<br><br>PIERCE COUNTY, a municipal corporation,<br><br>    Defendants. | NO. C04-5239 KLS<br><br>**ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE** |

THIS MATTER having come on regularly before the undersigned Judge of the above-mentioned Court upon Plaintiffs' Motions in Limine, and the Court having reviewed the records and files herein, having considered arguments of counsel made during the pre-trial conference on June 2, 2005, and being fully advised on the premises, it is hereby

**ORDERED** that the Defendants, their attorneys, and their witnesses shall not directly or indirectly mention, refer to, or attempt to convey to the jury in any manner, any of the facts indicated below without first obtaining the permission of the Court outside the presence and hearing of the jury and further that Defendant's attorneys are instructed to warn and caution

ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE - 1 of 8
(C04-5239 KLS)
[1311008 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

their clients and each and every witness to strictly follow any order entered by the Court in connection with the following:

    A.    INADMISSIBLE TESTIMONY REGARDING DEFENDANTS' FINANCIAL CONDITION OR ABILITY TO PAY; ASSERTIONS OF A POVERTY DEFENSE OR ARGUMENTS AS TO THE EFFECT OF JUDGMENT ON INSURANCE RATES OR COMPANIES

    __X__ GRANTED   _____ DENIED   _____RESERVED

    COMMENTS: The motion is granted insofar as the defendants are not permitted to present evidence or argument regarding the fact that they are a non-profit corporation, insolvent defendants, or budget-strapped government entities for the purpose of implying poverty or an inability to pay a judgment.

    B.    EVIDENCE OR ARGUMENT RELATED TO PREJUDICING TAXPAYERS

    __X___ GRANTED   _____ DENIED   _____RESERVED

    COMMENTS:

    C.    DEFENSES NOT CONTAINED IN DISCOVERY OR INTERROGATORY RESPONSES

    _____ GRANTED   __X__ DENIED   _____RESERVED

    COMMENTS:  Denied on the basis that the request lacks specificity for purposes of a motion in limine.

    D    COLLATERAL SOURCE

    __X___ GRANTED   _____ DENIED   _____RESERVED

    COMMENTS:  The plaintiffs conceded they were not seeking recovery regarding medical expenses.

ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE - 2 of 8
(C04-5239 KLS)
[1311008 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

E.  TAX ON RECOVERY

___X_ GRANTED   _____ DENIED   _____RESERVED

COMMENTS:

F.  DEFENDANTS SHOULD BE PRELCUDED FROM CALLING ANY UNDISCLOSED WITNESSES THAT WERE NOT DEPOSED BY PLAINTIFFS

___X__ GRANTED   _____ DENIED   _____RESERVED

COMMENTS:  Granted as to the parties' case in chief; reserved as to rebuttal witnesses.

G.  DEFENDANTS SHOULD BE PRECLUDED FROM INTRODUCING UNDISLCOSED EXPERTS AND OPINIONS AT TRIAL

__X___ GRANTED   _____ DENIED   _____RESERVED

COMMENTS:

H.  DEFENDANTS SHOULD BE PRECLUDED FROM OFFERING UNDISCLOSED TESTIMONY ABOUT MATTHEW'S DAMAGES

__X___ GRANTED   _____ DENIED   _____RESERVED

COMMENTS:

I.  DEFENDANTS ARE JUDICIALLY AND COLLATERALLY ESTOPPED FROM ARGUING THAT MATTHEW HAD CONSENUAL SEX WITH NELSON

_____ GRANTED   _____ DENIED   ___X___RESERVED

COMMENTS:  The court requested a copy of the instructions in the underlying criminal trial as well as verdict form.

ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE - 3 of 8
(C04-5239 KLS)
[1311008 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

J.  HEARSAY TESTIMONY AND ARGUMENT ABOUT NELSON'S DISPOSITION WHILE IN HIS CELL DURING THE 50 DAYS PRECEDING THE RAPE SHOULD BE EXCLUDED

_____ GRANTED    __X__ DENIED    _____RESERVED

COMMENTS:

K.  EVIDENCE REGARDING NELSON'S POST-RAPE DISPOSITION AND DEMEANOR SHOULD BE EXCLUDED

_____ GRANTED    __X__ DENIED    _____RESERVED

COMMENTS:  This evidence relates to the defendant's response and investigation regarding the allegations made by the plaintiff.

L.  DEFENDANTS SHOULD BE PRECLUDED FROM INTRODUCING EVIDENCE OR ARGUING THAT PLACING MATTHEW IN A CELL WITH NELSON WAS THE ONLY AVAILABLE HOUSING OPTION AS A RESULT OF JAIL OVER-CROWDING

__X__ GRANTED    _____ DENIED    _____RESERVED

COMMENTS:

M.  ONLY THE LAY WITNESSES WITH FIRST HAND KNOWLEDGE ABOUT THE RAPE CAN PROVIDE TESTIMONY ABOUT WHAT HAPPENED

__X__ GRANTED    _____ DENIED    _____RESERVED

COMMENTS:  This motion is granted only as to that portion of Officer Friermuth's deposition testimony as set forth in the Plaintiffs' Motion in Limine, Dkt. #32.

ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE - 4 of 8
(C04-5239 KLS)
[1311008 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

N.   EVIDENCE REGARDING MATTHEW'S JUVENILE CONVICTIONS IS INADMISSIBLE

_____ GRANTED     _____ DENIED     __X__ RESERVED

COMMENTS:  The court inquired regarding the extent to which the classifications officer considered this information in the classification process.

O.   EVIDENCE REGARDING A DISMISSED WEAPONS CHARGE OR INTEREST IN GUNS IS INADMISSIBLE

_____ GRANTED     _____ DENIED     _____ RESERVED

COMMENTS:  This motion was withdrawn by the plaintiffs.

P.   EVIDENCE REGARDING MATTHEW'S PREVIOUS SEXUAL ENCOUNTERS OR SEXUAL DISPOSITION

__X__ GRANTED     _____ DENIED     _____ RESERVED

COMMENTS:  Granted to the extent that there shall be no mention of this made to the jury in opening statements.  Counsel are required to bring this matter to the court's attention outside the presence of the jury if counsel wish to present testimony in this regard.

Q.   UNRELIABLE AND UNVERIFIED REFERENCES TO MATTHEW EVER HAVING "CROSS-DRESSED" SHOULD BE EXCLUDED

__X__ GRANTED     _____ DENIED     _____ RESERVED

COMMENTS:  See comments for "P" above.

ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE - 5 of 8
(C04-5239 KLS)
[1311008 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

R.    EVIDENCE REGARDING WHAT WAS FOUND IN MATTHEW'S BACKPACK SHOULD BE EXCLUDED

   __X__ GRANTED    _____ DENIED    _____RESERVED

COMMENTS: See comments for "P" above.

S.    INADMISSIBLE CHARACTER EVIDENCE (as detailed in the motion) SHOULD BE EXCLCUDED

   __X__ GRANTED    _____ DENIED    _____RESERVED

COMMENTS: See comments for "P" above.

T.    EVIDENCE REGARDING GARY MOSER'S DRIVING OFFENSES SHOULD BE EXCLUDED

   __X__ GRANTED    _____ DENIED    _____RESERVED

COMMENTS:

U.    ANY ARGUMENT OR EVIDENCE RELATED TO AN 8 YEAR OLD PHYSICAL ENCOUNTER BETWEEN MATTHEW AND GARY MOSER SHOULD BE EXLCUDED AS BEING UNFAIRLY PREJUDICIAL

   __X__ GRANTED    _____ DENIED    _____RESERVED

COMMENTS: See comments to "P" above.

V.    ANY ARGUMENT OR EVIDENCE RELATED TO MATTHEW WAITING OUTSIDE WHILE GARY MOSER HAD A DRINK IN A BAR FROM OVER 10 YEARS AGO SHOULD BE EXCLUDED

   __X__ GRANTED    _____ DENIED    _____RESERVED

COMMENTS: See comments to "P" above.

ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE - 6 of 8
(C04-5239 KLS)
[1311008 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

W. ANY SUGGESTION THAT MATTHEW EXPERIMENTED WITH MARIJUANA AND/OR ALCOHOL SHOULD BE EXCLUDED BECAUSE IT IS UNFAIRLY PREJUDICIAL

__X__ GRANTED _____ DENIED _____RESERVED

COMMENTS: See comments to "P" above.

X. EMPLOYMENT OF PLAINTIFFS' COUNSEL

__X__ GRANTED _____ DENIED _____RESERVED

COMMENTS:

Y. EXCLUSION OF WITNESSES PRIOR TO TESTIFYING

__X__ GRANTED _____ DENIED _____RESERVED

COMMENTS: The County may have a representative present on its behalf during the trial. That person has been tentatively identified as Eileen Bisson.

Z. FILING OF THESE MOTIONS IN LIMINE

__X__ GRANTED _____ DENIED _____RESERVED

COMMENTS:

The defendant Pierce County filed two motions in limine which were included in their written response (Dkt. #40). The court rules as follows with regard to the two motions:

ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE - 7 of 8
(C04-5239 KLS)
[1311008 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1.   **EVIDENCE REFERRED TO IN A MEMO DATED FEBRUARY 18, 2003 AND THE MEMO ITSELF.**

The court grants the motion to the extent that the memo itself is not admissible into evidence. The court further grants the motion to the extent that the memo included remedial measures. The plaintiff believes that the paragraph on page two which starts with "After reviewing all materials…" is an admission. The court directed additional briefing in that regard due on Wednesday, June 8, 2005.

2.   **EXCLUDE ANY E-MAIL COMMUNICATIONS BETWEEN OFFICER FRIERMUTH AND EILEEN BISSON RELATED TO THIS INVESTIGATION.**

The court reserves ruling on this motion.

Dated this 9th day of June, 2005.

                                            Karen L. Strombom
                                            THE HONORABLE KAREN STROMBOM

ORDER RE: PLAINTIFFS' MOTIONS IN LIMINE - 8 of 8
(C04-5239 KLS)
[1311008 v3.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565