THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY MOSER, a single man; and MATTHEW MOSER, a single man,<br><br>Plaintiffs,<br><br>PIERCE COUNTY, a municipal corporation,<br><br>Defendants. | NO. C04-5239 KLS<br><br>**PRE-TRIAL ORDER**<br><br>HEARING DATE: May 27, 2005 |

## JURISDICTION

Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1331.

## CLAIMS AND DEFENSES

Plaintiffs will pursue the following claims at trial: (1) a cause of action for defendants' violation of plaintiffs' civil rights under 42 U.S.C. § 1983 along with attorneys' fees and costs as provided by statute, and (2) a cause of action for negligence against defendants.

PRE-TRIAL ORDER - 1 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

# ADMITTED FACTS

1. At the age of 17 years old, Matthew Moser was arrested for burglary on October 30, 2002 and transported to the Pierce County Jail. This was Matthew's first confinement in an adult jail.

2. As part of their booking process, inmates are evaluated by booking officers and, if need be, medical personnel and mental health professionals. Inmates are normally classified per the Pierce County Jail Objective Jail Classification System to determine a placement for them in the jail.

3. Mental health professionals screened Matthew and he was identified to be developmentally delayed.

4. Two days after being brought to the Jail for pre-trial detention on November 1, 2002, MHP Jim Jorgenson conducted an evaluation of Matthew and noted, among other things, that Matthew "May be vulnerable due too mental disability. Please check with inmate periodically to see if he's being taken advantage of." At that time, Mr. Jorgenson recommended a single cell for housing for Mr. Moser.

5. Matthew was evaluated by Ann Elek, a Mental Health Professional on December 11, 2002. At that time, Ms. Elek entered in her report, among other items, that Matthew was "vulnerable, DD (developmentally delayed), and young."

6. David Marshall Nelson turned himself in to the Tacoma Police Department on December 15, 2002, after calling 911. He was arrested and booked into the Pierce County Jail for failing to register as a sex offender. Mr. Nelson had been convicted of molesting his own

PRE-TRIAL ORDER - 2 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

daughter in 1991.  At the time Mr. Nelson was arrested, arresting officers noted him as being potentially suicidal.

7. Upon arrest, TPD Officer Wade wrote into the police report that Nelson had indicated wanting "to commit suicide because he is not getting help for his 'urges' to attack and molest small children."  Then, while Matthew was already in pre-trial confinement within the mental health unit, the Pierce County Jail booked Nelson on December 15, 2002 and placed him in the mental health unit of the jail as well.  At the time of his arrest, Tacoma Police Department Officer Wade wrote that Mr. Nelson had indicated wanting to commit suicide because he was not getting help for his urges to attack and molest small children.

8. By court order, Matthew was sent to Western State Hospital to undergo an evaluation of this mental condition, his capacity to understand the nature of the proceedings and to assist in his defense as a result of mental disease or defect.  After the evaluations, Matthew was returned to the Pierce County Jail on January 31, 2003.

## FACTUAL CONTENTIONS

The Plaintiffs contend as follows:

1. Defendant's officers improperly placed Matthew in a cell with Nelson despite the fact that Matthew was known to be susceptible to being taken advantage of, vulnerable, and Nelson was known to be dangerous and likely to harm or hurt people.  This was done based upon the lack of policies, procedures, and training regarding inmate classification and housing and omissions of critical information from the behavioral logs.

PRE-TRIAL ORDER - 3 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

2. Pierce County failed to maintain and/or establish proper procedures for tracking inmates with unique susceptibility to ensure that dangerous cell placements did not occur.

3. Pierce County failed to maintain and/or establish proper procedures for tracking exceedingly dangerous inmates such as sex offenders to ensure that dangerous cell placements did not occur.

The Defendant contends as follows:

1. Defendant Pierce County Jail operates a state of the art correctional institution.

2. Pierce County employs an Objective Classification System which is, likewise, state-of-the-art and approved by the Federal Court.

3. Pierce County properly and reasonably processed both David Nelson and Matthew Moser through this classification system, and each of them were given a classification number of 3, which was a reasonable decision.

4. Pierce County Mental Health Professionals regularly evaluated and interviewed both Matthew Moser and David Nelson to attend to their mental health concerns while inmates in the Pierce County Jail.

5. The placement of Matthew Moser in the Mental Health Unit of the Pierce County Jail was a reasonable decision on the part of Pierce County Corrections Officials.

6. The placement of David Nelson in the Mental Health Unit of the Pierce County Jail was a reasonable placement and within acceptable standards of corrections placement.

PRE-TRIAL ORDER - 4 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

7. Pierce County operates its jail with many programs and procedures that manifests a high level of care and concern for its inmates, which is completely contrary to any indication of deliberate indifference to their constitutional rights.

## ISSUES OF LAW

Plaintiff Submits the Following Issues of Law:

1. Because the Court has ruled upon Defendants' summary judgment motions, the remaining issues of law will predominantly involve questions regarding admissibility of evidence through motions in limine and rulings during trial.

2. During trial, Plaintiffs will request that the Court instruct the jury to render findings as to the following liability theories:

    a. Whether Defendants were deliberately indifferent to the need for policies and/or training regarding the housing and placement of inmates and pre-trial detainees with particular vulnerabilities and/or dangerous propensities to prevent housing incompatible inmates and/or pre-trial detainees in cells together.

    b. Whether Defendants acted unreasonably by failing to establish the proper procedures and/or provide officers and mental health professionals and jail officers necessary training that would have prevented Matthew and Nelson from being placed in a cell together.

    c. Whether Defendants acted unreasonably in placing Matthew in a cell with Nelson.
PRE-TRIAL ORDER - 5 of 16  
(C04-5239 KLS)  
[moser.doc]26008

LAW OFFICES  
GORDON, THOMAS, HONEYWELL, MALANCA,  
PETERSON & DAHEIM LLP  
1201 PACIFIC AVENUE, SUITE 2100  
POST OFFICE BOX 1157  
TACOMA, WASHINGTON 98401-1157  
(253) 620-6500 - FACSIMILE (253) 620-6565

Defendants Submits the Following Issues of Law:

1. Whether Defendant Pierce County violated Matthew Moser's constitutional rights by maintaining a custom or policy that was deliberately indifferent to his needs in his classification, housing, and other treatment in the Pierce County Jail.

## EXPERT WITNESSES

The names and addresses of the expert witnesses to be used by each party at the trial and the issues upon which each will testify is:

Plaintiffs object to Defendant's disclosure of expert witnesses as these witnesses were first disclosed on May 18, 2005, 3 months after the discovery deadline and 3 weeks before trial. They were not disclosed in accordance with the civil rules or this Court's scheduling Order and no opinions of experts were provided as is required under FRCP 26(a)(2). As such, Plaintiffs had no opportunity to conduct discovery, determine rebuttal witnesses, or otherwise prepare to rebut the undisclosed opinions of these experts. This is the subject of a motion pending before the Court.

Plaintiffs:

    Dr. Alvin Cohn           (will testify)
    15005 Westbury Road
    Rockville, Maryland 20853

Dr. Cohn will address the liability of defendants including failure to follow applicable standards, failure to exercise reasonable care, failure to maintain and follow adequate jail policies and practices with respect to cell classification as was previously disclosed through expert reports and declarations.

PRE-TRIAL ORDER - 6 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

> Dr. Gilbert Kliman         (will testify)
> 2024 Divisadero Street
> San Francisco, CA 94115

Dr. Kliman will address issues regarding liability and damages as was previously disclosed through expert reports and declarations.

<u>Defendants</u>:

> Allen W. Traywick. Ph.D.
> 6314 – 19th Street West
> Fircrest, WA 98466
> 253-752-1233

Dr. Traywick is anticipated to testify concerning the mental state of Matthew Moser, and to comment on the allegations as to the existence of post-traumatic stress disorder and as to the causes of such condition.

> David Stewart
> Pierce County Human Services / Mental Health
> 3580 Pacific Avenue
> Tacoma, WA 98418
> 253-798-6199

Mr. Stewart will testify concerning the Pierce County Jail Health Services. He will render an opinion that Pierce County operates a state-of-the-art program for mental health services with the Pierce County Jail. He will testify about the local and national standard of care for mental health services and testify that those services provided by the Pierce County Jail exceed both local and national standards. He will testify that the procedures were followed in this case to classify and place both Matthew Moser and David Nelson in appropriate cell classifications. He will testify that Corrections Classifications Officers and Jail Mental Health Professionals acted reasonably and without any intention to do harm when

PRE-TRIAL ORDER - 7 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

they evaluated the history and condition of both Matthew Moser and David Nelson in their placement of these two inmates in the same cell.

> Ray J. Coleman
> 22424 Northeast 20th Street
> Sammamish, WA 98074
> 425-868-6950

It is anticipated that that he will testify that the Classification System used by the Pierce County Corrections Center is state-of-the-art and meets or exceeds the standards that exist locally and nationally.  He is also anticipated to testify that Corrections Officers acted reasonably when they evaluated, classified, and housed Matthew Moser and David Nelson in this matter.

> Eileen Bisson.
> Chief of Corrections
> Pierce County Corrections Bureau
> 910 Tacoma Avenue South
> Tacoma, WA 98402

Ms. Bisson will testify concerning the Pierce County Jail Classifications System.  She will testify as to regional and national standards with regard to classifications systems and will further testify that Pierce County meets and exceeds those standards with respect to those systems.  She will further testify that the procedures and policies were followed assessing, classifying, and placing both inmate Matthew Moser and inmate David Nelson in this case. She will further testify that Pierce County Corrections Officers exhibited reasonable behavior with a complete absence of any intention to do any harm in their actions in the placement of both inmates in this case.

PRE-TRIAL ORDER - 8 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

**OTHER WITNESSES**

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

On behalf of Plaintiffs:

      Gary Moser and Matthew Moser      (may testify)
      c/o Gordon, Thomas, Honeywell, et al.
      1201 Pacific Avenue, Ste. 2100
      Tacoma, WA  98402

Gary and Matthew Moser are the plaintiffs in this matter.

      Eileen Anderson, MHP      (will testify)
      Pierce County Sheriff's Department
      910 Tacoma Avenue South
      Tacoma, WA  98402

Ms. Anderson is a Mental Health Professional working with the Pierce County Sheriff's Department, who evaluated Matthew Moser prior to his rape.

      Ann Elek, MHP      (will testify)
      Pierce County Sheriff's Department
      910 Tacoma Avenue South
      Tacoma, WA  98402

Ms. Elek is a Mental Health Professional working with the Pierce County Sheriff's Department, who evaluated Matthew Moser prior to his rape.

      Jim Jorgenson, MHP      (will testify)
      Pierce County Sheriff's Department
      910 Tacoma Avenue South
      Tacoma, WA  98402

Mr. Jorgenson is a Mental Health Professional working with the Pierce County Sheriff's Department, who evaluated Matthew Moser prior to his rape.

      Kenneth Friermuth      (will testify)
      Pierce County Sheriff's Department
      910 Tacoma Avenue South
      Tacoma WA  98402

PRE-TRIAL ORDER - 9 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

1    Mr. Friermuth is a Corrections Officer at the Pierce County Detention Center.

       Steve MacKenn      (may testify)
       Pierce County Sheriff's Department
       910 Tacoma Avenue South
       Tacoma WA  98402

Mr. MacKenn is a Corrections Officer at the Pierce County Detention Center.

       Eileen Bisson      (may testify)
       Pierce County Sheriff's Department
       910 Tacoma Avenue South
       Tacoma, WA  98402

Ms. Bisson is Chief of Corrections of the Pierce County Sheriff's Department Corrections Bureau.  She was involved in an investigation relating to the rape of Matthew Moser.

       Ilene Anderson, MHP      (will testify)
       Pierce County Sheriff's Department
       910 Tacoma Avenue South
       Tacoma, WA  98402

Ms. Anderson is a Mental Health Professional working with the Pierce County Sheriff's Department.

       Officer E. Wade, Badge No. 396      (may testify)
       Tacoma Police Department
       930 Tacoma Avenue South
       Tacoma, WA  98402

Officer Wade arrested David Marshall Nelson and turned him over to the Pierce County Sheriff's Office on December 15, 2002.

On behalf of Defendant:

       Judy Snow, MHP      (may testify)
       Pierce County Sheriff's Department
       910 Tacoma Avenue South
       Tacoma, WA  98402

Ms. Snow is a Mental Health Professional working with the Pierce County Sheriff's Department, who evaluated Matthew Moser prior to his rape.

PRE-TRIAL ORDER - 10 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

```
Deputy Bruce Parks                    (may testify)
Pierce County Sheriff's Department
930 Tacoma Avenue South
Tacoma WA  98402
```

Mr. Parks is a Corrections Officer at the Pierce County Detention Center.

```
David Marshall Nelson                 (may testify)
Washington State Penitentiary
Walla Walla, WA
```

Me. Nelson is the accused and convicted rapist.

**EXHIBITS**

(a) Admissibility stipulated:

Plaintiffs Exhibits:

1. Memorandum of February 18, 2003 from Chief Bisson to Sheriff Pastor

2. Pierce County Detention and Corrections Center Incident Report

3. Matthew Moser's handwritten note of February 5, 2005 to jail officials regarding rape

4. Matthew's "kite" from February 5, 2005 regarding being removed from cell after rape

5. Drawing of Pierce County Jail offices including classification office and MHP office (*See* Exhibit 19 to Declaration of Beauregard on MSJ)

6. Tacoma Police Department Incident Report (02-389-0853) re: Nelson arrest

7. Pierce County Sheriff's Department Booking ID Sheet

8. Pierce County Sheriff's Department Inmate Behavioral Log for Matthew Moser

9. Pierce County Sheriff's Department Inmate Behavioral Log for David Nelson

10. Pierce County Record of Mental Health Care for Matthew dated November 1, 2002

11. Mental Health Chronological Record for Matthew dated November 5, 2002

PRE-TRIAL ORDER - 11 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

12. Mental Health Chronological Record for Matthew dated November 6, 2002

13. Mental Health Chronological Report for Matthew dated December 11, 2002

14. Mental Health Chronological Report for Matthew dated January 31, 2003

15. Mental Health Chronological Report for Matthew dated February 5, 2003

16. Mental Health Referral for Matthew dated November 1, 2002

17. Mental Health Referral for Matthew dated November 11, 2002

18. Mental Health Referral for Matthew dated January 31, 2003

19. Pierce County Record of Mental Health Care for Nelson dated December 15, 2002

20. Pierce County Primary Classification Sheet of Nelson dated December 16, 2002

21. Pierce County Detention and Corrections Center Suicide Report for Nelson dated December 15, 2002

22. Pierce County Booking and Identification Sheet (with picture) for Nelson dated December 15, 2002

23. Mental Health Chronological Report for Nelson dated December 16, 2002

24. Mental Health Chronological Report for Nelson dated December 17, 2002

25. Mental Health Chronological Report for Nelson dated January 30, 2003

26. Mental Health Referral for Nelson dated December 15, 2002

27. Mental Health Referral for Nelson dated December 16, 2002

28. Mental Health Referral for Nelson dated December 17, 2002

29. Photographs of Matthew Moser

30. Photographs of the Pierce County Jail

31. Photographs of the County/City Building of Pierce County

32. American Standards for Adult Local Detention Facilities (Alvin Cohn excerpt)

PRE-TRIAL ORDER - 12 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Defendant's Exhibits:

33. A floor plan of the Pierce County Jail

34. Order for Examination by Western State Hospital for Matthew Moser

(b) Authenticity stipulated, admissibility disputed

Plaintiffs' Exhibits

35. Email dated February 19, 2003 from Officer Friermuth to Chief Bisson

Defendant's Exhibits

36. A demonstrative exhibit of the Pierce County jail Objective Classification System and description of the classification scores.

37. All Mental Health records for David Marshall Nelson during his stay in the Pierce County Jail from December 15, 2002 though February 5, 2003.

38. Pierce County Sheriff's Department (PCSD) Corrections Bureau OJC Procedure

39. PCSD Corrections Bureau OJC Routine Reclassification for David Marshall Nelson

40. Fife Police Department Arrest Incident Report of Matthew Moser dated October 29, 2002.

41. Order transporting Matthew Moser to adult jail.

42. All Mental Health screening reports for Matthew Moser.

43. Forensic Mental Health Evaluation of Matthew Moser

44. PCSD Corrections Bureau OJC Primary Classification for Matthew Moser

45. Criminal history of Matthew Moser

46. PCSD Corrections Bureau OJC Primary Classification for Matthew Moser

47. All Inmate Behavioral Logs and Information Reports for Matthew Moser

48. School record for Matthew Moser

PRE-TRIAL ORDER - 13 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

49. DSHS records for Matthew Moser

50. Juvenile records for Matthew Moser

(c) Authenticity and admissibility disputed:

Plaintiff's exhibits:

None

Defendant's exhibits:

51. All other booking and jail records, including booking photographs, of Matthew Moser and David Nelson not otherwise identified

52. Validation Study of Pierce County Objective Classification System (OJC) Options.

## ACTIONS BY THE COURT

(a) Case is scheduled for trial with a jury on June 13, 2005.

(b) Trial briefs shall be submitted to the Court on or before May 27, 2005.

(c) Voir dire/jury instructions due on May 27, 2005.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 9th day of June, 2005.

*Karen L. Strombom* (signature)

Karen L. Strombom
United States Magistrate Judge

PRE-TRIAL ORDER - 14 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Presented By:

GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

_____
John R. Connelly, Jr., WSBA No. 12183
Lincoln C. Beauregard, WSBA No. 32878
Attorneys for Plaintiffs


GERALD A. HORNE
PIERCE COUNTY PROSECUTING ATTORNEY

_____
Ronald L. Williams, WSBA No. 13927
Attorney for Defendant

PRE-TRIAL ORDER - 15 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ronald LaMar Williams at rwillia@co.pierce.wa.us.

    /s/ _____
    John R. Connelly, Jr., WSBA No. 12183
    Lincoln C. Beauregard, WSBA No. 32878
    jconnellyjr@gth-law.com
    Attorneys for Plaintiffs

PRE-TRIAL ORDER - 16 of 16
(C04-5239 KLS)
[moser.doc]26008

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565