**Magistrate Judge Karen L. Strombom**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY MOSER, a single man, and MATTHEW MOSER, a single man,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PIERCE COUNTY, a municipal corporation,<br><br>　　　　　　　　　　　　　　Defendants. | NO. C04-5239 KLS<br><br>STIPULATED ORDER OF DISMISSAL |

### I.　STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the complaint in the above-entitled matter has been fully settled and compromised between the plaintiffs GARY MOSER and MATTHEW MOSER and defendant PIERCE COUNTY and may be dismissed with prejudice with all parties to bear their own costs and attorney fees.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

DATED this 13th day of July, 2005.

| | |
|---|---|
| s/ RONALD L. WILLIAMS | s/ LINCOLN C. BEAUREGARD |
| Ronald L. Williams / WSB# 13927 | John R. Connelly, Jr. / WSB# 12183 |
| Attorneys for Defendant | Lincoln C. Beauregard / WSB# 32878 |
| Pierce County Prosecuting Attorney | Attorneys for Plaintiffs |
| Civil Division, Suite 301 | Gordon, Thomas, Honeywell, Malanca, |
| 955 Tacoma Avenue South | Peterson & Daheim LLP |
| Tacoma, WA  98402-2160 | 1201 Pacific Ave., Ste. 2100 / PO Box 1157 |
| Ph: 253-798-3612 / Fax: 253-798-6713 | Tacoma, WA  98401-1157 |
| E-mail: rwillia@co.pierce.wa.us | Ph: 253-620-6500 / Fax: 253-620-6565 |
| | E-mail:   jconnellyjr@gth-law.com |
| | lbeauregard@gth-law.com |

## II.     ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled Court based upon the stipulation of the plaintiffs GARY MOSER and MATTHEW MOSER and defendant PIERCE COUNTY for dismissal, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the plaintiffs' complaint against the defendant be, and the same is hereby dismissed with prejudice, with all parties to bear their own costs and attorney fees.

DONE this 14th day of July, 2005.

 s/ Karen L. Strombom
KAREN L. STROMBOM
United States Magistrate Judge

/ / / / /

/ / / / /

/ / / / /

/ / / / /

|   |   |
|---|---|
| Presented by: | Approved for Entry: |

s/ RONALD L. WILLIAMS
Ronald L. Williams / WSB# 13927
Attorneys for Defendant
Pierce County Prosecuting Attorney
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA  98402-2160
Ph: 253-798-3612 / Fax: 253-798-6713
E-mail: rwillia@co.pierce.wa.us

s/ LINCOLN C. BEAUREGARD
John R. Connelly, Jr. / WSB# 12183
Lincoln C. Beauregard / WSB# 32878
Attorneys for Plaintiffs
Gordon, Thomas, Honeywell, Malanca,
Peterson & Daheim LLP
1201 Pacific Ave., Ste. 2100 / PO Box 1157
Tacoma, WA  98401-1157
Ph: 253-620-6500 / Fax: 253-620-6565
E-mail:   jconnellyjr@gth-law.com
              lbeauregard@gth-law.com